In the Matter of the Application of the Public Service Commission for the First District for the Appointment of Three Commissioners, etc. Utica Avenue Route.— Motion granted and order filed. Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.

In the Matter of David A. Sullivan, an Attorney.— Motion granted. Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.

In the Matter of the Application of Perrin Horton Sumner to Sue upon a Bond Given by John L. Gray as Principal, the Royal Indemnity Company as Surety.— The allegations in the petition with respect to the clerk of the court are made upon information and belief, and the sources of information and the grounds of petitioner's belief are not stated. The opposing affidavits affirm positively that the acts complained of were not the acts of said clerk. Upon these papers we do not think that the petitioner has established his right to sue upon this bond. Motion denied, with ten dollars costs, without prejudice to a renewal upon further papers. Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.

Lorena Ridgely Jones, Appellant, v. Carolyn A. Dow, Respondent.— Motion to dismiss appeal granted, without costs. Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.

Charles L. Lumb, Respondent, v. George J. Lumb and Others, Appellants.— Motion to resettle order affirming the interlocutory judgment by incorporating therein a provision granting leave to defendants, appellants, to answer the amended complaint herein within twenty days on the payment of costs granted, without costs. Motion for leave to appeal to the Court of Appeals granted and the following question certified: Should the amended demurrer herein be sustained upon the ground that causes of action are united in the amended complaint herein, contrary to the provisions of section 484 of the Code of Civil Procedure? Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ. Order to be settled before Mr. Justice Stapleton.

Mary Lynskey, Appellant, v. Rothschild & Company, Respondent.— Motion to withdraw appeal granted, on payment of ten dollars costs, and motion to dismiss appeal denied, without costs. Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.

Christopher J. O'Connell, Respondent, v. Press Publishing Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.

J. L. Emil Schueler, Appellant, v. Mary Louise Dooley, Respondent.— Motion for reargument granted, without costs, and case set down for Thursday, March 13, 1913. Motion to dismiss appeal denied, without costs. Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.

Mary S. Sidway, Respondent, v. Harold S. Sidway, Appellant.— Motion for leave to file exceptions *nunc pro tunc* granted, on condition that

within five days appellant pay to plaintiff's attorneys the sum of $750, to be credited upon the arrears of alimony. Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.